# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0086

_____

ROBERT PAYNE,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
Tatiana R. Salvador, Judge.

March 27, 2019


PER CURIAM.

   DISMISSED.

LEWIS, WINSOR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Robert Payne, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.